Same case below, 377 Fed. Appx. 583.

**No. 10-6488. Corey L. Hines, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 434, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8173.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6489. Corey Louis Hines, Petitioner v. David Hayes, et al.**

562 U.S. 989, 131 S. Ct. 434, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8179.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6491. Ryan Edwin Headden, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 434, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8254.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 377 Fed. Appx. 290.

**No. 10-6494. James Edward Greer, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 434, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8295.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 607 F.3d 559.

**No. 10-6497. Troy Henley, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 434, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8133.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 386 Fed. Appx. 370.

**No. 10-6500. Steven Ehrlich, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 434, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8240.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 879.

**No. 10-6503. Armando Minero-Regalado, Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 435, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8208.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 651.